# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

VERSUS

WILLIAMS OLEFINS, L.L.C. AND
THE WILLIAMS COMPANIES, INC.

NO.   2019 CW 1597
c/w  2019 CW 1598

**APR 2 8 2020**

---

In Re:   SABIC Petrochemicals Holding US, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76,976

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED IN PART, GRANTED IN PART.** As to the award of monetary sanctions, this writ application is not considered as no judgment has been issued awarding such sanctions. The trial court's October 31, 2019 ruling which disqualified James Wilkerson from testifying as a witness in a future trial herein is reversed. Since a mistrial was granted herein, and thus, the improper contact remedied, the trial court erred in disqualifying Mr. Wilkerson from testifying at a future trial, which would not involve the jurors with whom he engaged.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT